United States District Court

Eastern District of California

Gregory Tabarez,

      Plaintiff,                    No. Civ. S 04-0360 LKK PAN P

  vs.                                  Order

Diana Butler, et al.,

      Defendants.

-oOo-

July 29, 2005, defendant requested an extension of time to file and serve an answer. Good cause appearing, defendant's request is granted and defendant's time to file and serve an answer is extended until 45 days from the date this order is signed.

So ordered.

Dated: August 4, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge