United States District Court

Eastern District of California

Gregory Tabarez,

      Plaintiff,                No. Civ. S 04-0360 LKK PAN P

  vs.                          Order

Diana Butler, et al.,

      Defendants.

-oOo-

    November 14, 2005, defendants requested an extension of time to serve responses to interrogatories. Good cause appearing, defendants' request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: November 22, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge