1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GREGORY TABAREZ,

11          Plaintiff,                          No. CIV S-04-0360 LKK PAN P

12          vs.

13    DIANA BUTLER, et al.,

14          Defendants.                         ORDER

15    _____/

16          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17    filed pursuant to 42 U.S.C. § 1983.  Plaintiff's February 19, 2004 complaint alleges that on April

18    8, 2002, defendants intentionally released incompatible groups of Hispanics to a handball court

19    to instigate a riot and when plaintiff was attacked, defendants failed to protect him.

20          On September 13, 2005, defendants Diana Butler, Mike Bunnell, David R. Rios

21    and Max S. Lemon filed an answer and on November 17, 2005, defendant Lemon moved for

22    summary judgment.

23          On January 25, 2006, plaintiff moved to amend his complaint and submitted a

24    proposed first amended complaint identifying three new defendants.  On February 1, 2006,

25    defendants Diana Butler, Mike Bunnell and David R. Rios filed a statement of non-opposition to

26    the motion to amend.  Defendant Lemon did not respond.

1

1       The Federal Rules of Civil Procedure provide that a party may amend his or her

2   pleading "once as a matter of course at any time before a responsive pleading is served."  Fed. R.

3   Civ. P. 15(a).  Once a responsive pleading is filed, "a party may amend the party's pleading only

4   by leave of court or by written consent of the adverse party; and leave shall be freely given when

5   justice so requires."  Fed. R. Civ. P. 15(a).  Leave to amend is "within the sound discretion of the

6   trial court."  United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981).

7       In addition to the previously-named defendants, the proposed amended complaint

8   alleges defendants Acuna, Baber and Reardon deliberately failed to follow a plan to gradually

9   release Northern and Southern Hispanic inmates to the yard knowing this posed an unacceptable

10  risk of harm to plaintiff.

11      Good cause appearing, plaintiff's January 25, 2006 motion to amend the

12  complaint will be granted.  Defendant Lemon's November 17, 2005 motion for summary

13  judgment will be denied without prejudice as it is premature and directed toward the now

14  superseded complaint.

15      The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

16  § 1983 and 28 U.S.C. § 1915A(b) against the following defendants:  Butler, Bunnell, Lemon,

17  Rios, Acuna, Baber and Reardon.  If the allegations of the amended complaint are proven,

18  plaintiff has a reasonable opportunity to prevail on the merits of this action.

19      In accordance with the above, IT IS HEREBY ORDERED that:

20      1. Service is appropriate for the following newly-named defendants:  Acuna,

21  Baber and Reardon.

22      2. The Clerk of the Court shall send plaintiff three USM-285 forms, one

23  summons, an instruction sheet and a copy of the amended complaint filed January 25, 2006.

24      3. Within thirty days from the date of this order, plaintiff shall complete the

25  attached Notice of Submission of Documents and submit the following documents to the court:

26          a. The completed Notice of Submission of Documents;

2

1     b.  One completed summons;

2     c.  One completed USM-285 form for each defendant listed in number 1

3     above; and

4     d. Four copies of the endorsed amended complaint filed January 25, 2006.

5    4.  Plaintiff need not attempt service on defendants Acuna, Baber and Reardon

6 and need not request waiver of service.  Upon receipt of the above-described documents, the

7 court will direct the United States Marshal to serve the above-named defendants pursuant to

8 Federal Rule of Civil Procedure 4 without payment of costs.

9    5.  Defendants Lemon, Butler, Bunnell and Rios are granted thirty days from the

10 date of this order in which to file an answer to the amended complaint.

11 DATED:  March 9, 2006.

12

13

14         UNITED STATES MAGISTRATE JUDGE

15

16

17 /004;001; taba0630.1amd

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY TABAREZ,

11              Plaintiff,                          No. CIV S-04-0360 LKK PAN P

12        vs.

13   DIANA BUTLER, et al.,                          NOTICE OF SUBMISSION

14              Defendants.                         OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____
                                              Amended Complaint

21   DATED:

22

23                                          _____

24                                          Plaintiff

25

26