IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

        Plaintiff,                    No. CIV S-04-0360 LKK EFB P

    vs.

DIANA BUTLER, et al.,

        Defendants.             Order

_____/

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Defendants move to vacate the pretrial dates upon the ground they require additional time to complete plaintiff's deposition and to file and serve a motion for summary judgment if necessary following the court's resolution of the pending motion to dismiss.

       Pursuant to the January 27, 2006, schedule plaintiff's pretrial statement is due October 20, 2006, defendants' pretrial statements are due November 3, 2006, pretrial conference is set for November 13, 2006, and trial is set for January 30, 2007.

       The court finds good cause to vacate the pretrial dates. See Fed. R. Civ. P. 16(b).

////

////

////

1       Defendants' July 17, 2006, motion to vacate the pretrial dates is granted and the above
2 dates are vacated.
3       So ordered.
4 Dated:  August 29, 2006.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

\taba0360vac sched dates

2