IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

      Plaintiff,                    No. CIV S-04-0360 LKK EFB P

      vs.

DIANA BUTLER, et al.,

      Defendants.               ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve oppositions to the May 30, 2007, motion for summary judgment filed by defendants Butler, Bunnell, Acuna, Baber, Rendon and Rios, and to the June 4, 2007, motion for summary judgment filed by defendant Lemon. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's June 11, 2007, motion is granted and plaintiff shall file and serve an opposition to the above motions within 30 days of the date of this order.

      So ordered.

Dated: June 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE