1  EDMUND G. BROWN JR., Attorney General
   of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Acting Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  DAVID A. CARRASCO, State Bar No. 160460
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 323-1938
8     Fax: (916) 324-5205

9  Attorneys for Defendants Acuna, Baber,
   Bunnell, Butler, Rios, and Rendon
10 SA2004103383

11                    UNITED STATES DISTRICT COURT

12                   EASTERN DISTRICT OF CALIFORNIA

13

14   GREGORY TABAREZ,                    | Case No. 2:04-cv-0360 LKK EFB P

15                          Plaintiff,   | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY FOR SUMMARY JUDGMENT MOTION**

16                 v.

17   DIANA BUTLER, et al.,

18                          Defendants.

19

20       The Court has considered the request of Defendants Acuna, Baber, Bunnell, Butler, Rios,

21  and Rendon for a thirty-day extension to file a reply to Plaintiff's opposition to their motion for

22  summary judgment.  Good cause having been shown, Defendants shall have 30 days from the

23  date this order is signed to file their reply.

24       **IT IS SO ORDERED.**

25  DATED:  July 26, 2007.

                                         EDMUND F. BRENNAN
26                                       UNITED STATES MAGISTRATE JUDGE

27

28

ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE REPLY FOR SUMMARY JUDGMENT MOTION