Jordan S. Stanzler (State Bar No. 054620)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Suite 1700
San Francisco, CA  94104
Telephone:  (415) 677-1450
Facsimile: (415) 677-1476

Attorneys for Defendant Lemon

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY TABAREZ, | Case No. 2:04-cv-0360 LKK EFB P |
| Plaintiff, | **ORDER GRANTING  REQUEST FOR EXTENSION OF TIME TO FILE REPLY FOR SUMMARY JUDGMENT MOTION BY DEFENDANT MAX LEMON** |
| vs. | |
| DIANA BUTLER, et al., | |
| Defendants. | |

The Court has considered the request of Defendant Max Lemon for a thirty-day extension of time in which to file a reply to Plaintiff's opposition to Defendant Lemon's motion for summary judgment.  Good cause having been shown, Defendant Lemon shall have until August 23, 2007 to file his reply.

**IT IS SO ORDERED**.

Dated: July 26 ,2007

_____
UNITED STATES MAGISTRATE JUDGE