IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

      Plaintiff,                      No. CIV S-04-0360 LKK EFB P

      vs.

DIANA BUTLER, et al.,

      Defendants.            <u>ORDER</u>

                            /

      Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On September 29, 2009, when defendants failed to file a pretrial statement in accordance with the court's September 9, 2009 order, the court issued an order to show cause why sanctions should not issue. On October 1, 2009, defendants Acuna, Baber, Bunnell, Rendon and Rios filed a response to the order to show cause, and on October 6, 2009, defendant Lemon filed a response to the order to show cause.

      Good cause appearing, the court's September 29, 2009, order to show cause is discharged.

Dated: December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE