IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,                    No. 2:04-cv-0360 LKK KJN P

    Plaintiff,

  vs.

DIANA BUTLER, et al.,               <u>ORDER</u>

    Defendants.
_____/

       Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on June 7, 2010, at 9:00 a.m. The January 5, 2010 court order (Dkt. No. 172), that ordered the parties to submit a joint pretrial statement not later than 120 days from the date of the order, is vacated. Should the settlement conference be unsuccessful, the court will issue a revised order.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. This case is set for mediation before Magistrate Judge Nandor J. Vadas on June 7, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

       2. The court's January 5, 2010 order (Dkt. No. 172) is vacated.

       3. Parties are to appear with full settlement authority.

4. The parties are directed to provide confidential settlement conference statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of California, 514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that the statements arrive no later than May 24, 2010.

5. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.

DATED: March 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

taba0360.med