IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ, | No. 2:04-cv-0360 LKK KJN P |
| Plaintiff, | |
| vs. | |
| DIANA BUTLER, et al., | ORDER |
| Defendants. | |
| _____/ | |

Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on June 7, 2010, at 9:00 a.m. The January 5, 2010 court order (Dkt. No. 172), that ordered the parties to submit a joint pretrial statement not later than 120 days from the date of the order, is vacated. Should the settlement conference be unsuccessful, the court will issue a revised order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for mediation before Magistrate Judge Nandor J. Vadas on June 7, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

2. The court's January 5, 2010 order (Dkt. No. 172) is vacated.

3. Parties are to appear with full settlement authority.

1

4. The parties are directed to provide confidential settlement conference statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of California, 514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that the statements arrive no later than May 24, 2010.

5. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.

DATED:  March 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

taba0360.med