IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TABAREZ, | No. 2:04-cv-0360 LKK KJN P |
| Plaintiff, | |
| vs. | |
| DIANA BUTLER, et al., | <u>ORDER</u> |
| Defendants. | |
| _____/ | |

      Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case was referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on June 7, 2010, at 9:00 a.m. Although the parties were unable to settle their dispute at that time, they agreed to appear for a further settlement conference on July 9, 2010 at 9:00 a.m.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a further settlement conference before Magistrate Judge Nandor J. Vadas on July 9, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

      2. Parties are to appear with full settlement authority.

1

1        3. To the extent that the parties wish to supplement their prior settlement
2  conference statements, they are directed to provide their supplemental confidential settlement
3  conference statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of
4  California, 514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that
5  they arrive no later than June 25, 2010.
6        4. The Clerk of the Court is directed to serve a courtesy copy of this order on the
7  Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.
8  DATED: June 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

taba0360.med(b)