1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY TABAREZ,

11          Plaintiff,                    No. 2: 04-cv-0360 LKK KJN P

12      vs.

13   DIANA BUTLER, et al.,

14          Defendants.                   <u>ORDER</u>

15   _____/

16          On July 22, 2010, the parties filed a notice of settlement.  Under the settlement

17   agreement, 1) the parties have signed a stipulation for voluntary dismissal; 2) plaintiff shall

18   receive a sum of money within 150 days or within a reasonable time after the state budget is

19   passed; and 3) when that sum is paid, defendants may file the stipulation of dismissal.  The

20   parties request that this action remain open until defendants file the stipulation for voluntary

21   dismissal.

22          Good cause appearing, IT IS HEREBY ORDERED that:

23          1.  The December 13, 2010 pretrial conference and March 15, 2011 jury trial set

24   before the Honorable Lawrence K. Karlton are vacated;

25          2.  Within 150 days of the date of this order, defendants shall file either a

26   stipulation of dismissal or status report addressing when the stipulation will be filed.

1

3.  The action is stayed filing of either a stipulation of dismissal or a motion by either party to lift the stay;

4.  The Clerk of the Court is directed to administratively close this case.[1]

DATED:  July 28, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

tab360.sta

---

[1]  The parties are advised that the administrative termination of this case does not prevent the parties from filing the stipulation for dismissal, status report or motion to lift stay referenced above.