IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

    Plaintiff,                    No. 2: 04-cv-0360 LKK KJN P

    vs.

DIANA BUTLER, et al.,

    Defendants.             ORDER

_____/

On March 31, 2011, the Honorable Lawrence K. Karlton referred this matter back to the undersigned for an evidentiary hearing regarding whether plaintiff's medical problems impaired his ability to understand the nature of the settlement agreement and appreciate its consequences.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, the parties shall submit proposed witness lists for the evidentiary hearing; following receipt of those lists, a date for the evidentiary hearing will be set.

DATED: April 5, 2011

                                                /s/ Kendall J. Newman
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

tab360.ord