UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GREGORY TABAREZ,

       Plaintiff,                    No.  2:04-cv-0360 LKK KJN P

vs.

DIANA BUTLER, et al.,

       Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

       Gregory Tabarez, inmate # C-22746, a necessary and material witness in proceedings in this case on July 1, 2011, is confined in California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conferencing at California State Prison, Solano, July 1, 2011, at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden, California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 18, 2011

                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

taba0360.841vc